ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIMOTHY E. AYERS

vs.                                                                 CASE NO. L02-61

CHARLES T. CAPUTE, ESQUIRE
        and
ARMISTEAD and CAPUTE, LLP

---

## MOTION FOR ADMISSION PRO HAC VICE

I, Gregg Schaaf, am a member in good standing of the bar of this Court. My bar number is 14067. I am moving the admission of Kevin William Gibson to appear pro hac vice in this case as counsel for the Plaintiff.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| Delaware Superior Court | December, 1980 |
| Pennsylvania Superior Court | March, 1980 |
| United States District Court Eastern PA | May, 1981 |
| Third Circuit Court of Appeals | July, 1983 |
| United States District Court of Delaware | January, 1993 |

2. During the twelve months immediately proceeding this motion, the proposed admittee has <u>not</u> been admitted pro hac vice in this Court.

3. The proposed admitted has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant, initially, and possibly later another member of the bar of this Court in good standing will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

MOVANT

*/s/ Gregg Schaaf*
Gregg Schaaf
Law Offices of Gregg Schaaf
37 Greene Street
Cumberland, MD 21502
(301) 724-3360 (phone)
(301) 724-3361 (fax)

PROPOSED ADMITTEE

Kevin William Gibson
Gibson & Perkins, P.C.
Suite 105
200 East State Street
Media, PA 19063
(610) 565-1708 (phone)
(610) 565-4358 (fax)

*****************************************************************************

## ORDER

☒ GRANTED                                      ☐ DENIED

_____                               *B. Legg*
Date                                          United States District Judge