IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY E. AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| CHARLES T. CAPUTE, et al. | ) | L-02-61 |
| | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

Plaintiff and defendant Charles T. Capute, by and through their undersigned counsel, hereby stipulate and agree to DISMISS, WITHOUT PREJUDICE, defendant Armistead & Capute, LLP.

/s/ Kevin Gibson (by RJ with permission)
Kevin William Gibson
GIBSON & PERKINS, P.C.
200 East State Steet, Suite 105
Media, PA 19062
(610) 656-1708

*Attorneys for plaintiff*

/s/ Robert T. Shaffer
Robert T. Shaffer, III
MURPHY & SHAFFER
36 S. Charles Street, 14th Floor
Baltimore, Maryland 21201-3109
(410) 783-7000

*Attorneys for defendant Charles T. Capute*

APPROVED THIS 8TH DAY OF April, 2002

/s/ Legg
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2002, a true copy of the foregoing Stipulation of Dismissal and Consent Order was served on Kevin William Gibson, Esquire, Gibson & Perkins, P.C., 200 East State Street, Suite 105, Media, Pennsylvania 19062.

_____
Robert T. Shaffer, III