Case 1:02-cv-00061-WDQ   Document 8   Filed 05/07/2002   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY E. AYERS | : | NO. L02CV0061 |
| | : | |
| Plaintiff | : | |
| | : | JURY TRIAL DEMANDED |
| vs. | : | |
| | : | |
| CHARLES T. CAPUTE, ESQUIRE | : | |
| Defendant | : | |

## STIPULATION

The parties hereto agree that Plaintiff shall have an extension of time up to and including May 15, 2002, to answer the Defendant's Motion to Dismiss filed in this action.

MURPHY & SHAFFER

_____
Robert T. Shaffer, III, Esquire
Suite 1400, 36 S. Charles Street
Baltimore, MD 21201-3109
Counsel for Defendant

GIBSON & PERKINS, P.C.

_____
Kevin William Gibson, Esquire
Suite 105, 200 East State Street
Media, PA 19063
Counsel for Plaintiff

Approved
May 6, 2002
Benson Legg
USDJ