UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

100 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 5, 2002

MEMORANDUM TO COUNSEL RE:   Timothy E. Ayers v.
Charles T. Capute, Esq.
Civil No. L-02-61

Dear Counsel:

I am in receipt of Mr. Gibson's letter of October 30th requesting 30 deposition hours. While this number of hours may prove necessary, it seems high given the allegations of the complaint.

I hereby authorize 20 hours per side. Please use that allotment. If you need more, please submit a written request describing (i) the paper discovery taken to date, (ii) the depositions taken to date, including the length of each, (iii) the depositions remaining, including the need for and anticipated length of each, (iv) specific dates for the deposition, and (v) whether opposing counsel agrees to the request.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file