IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIMOTHY E. AYERS     :
            :
 v.          :    CIVIL NO. L-02-61
            :
CHARLES T. CAPUTE    :

## ORDER

   On April 22, 2002, Defendant filed a Motion to Dismiss. On May 28th, the Plaintiff filed

an amended complaint. The amended complaint cured the defect that was the subject of the

Defendant's motion. Accordingly, Defendant's Motion to Dismiss is DENIED as moot.

Discovery is to proceed according to the scheduling order issued on October 10th.

   It is so ORDERED this _14/7/_ day of November, 2002.

                _____
                Benson Everett Legg
                United States District Judge

