IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | |
|---|---|
| TIMOTHY E. AYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. E-02-CV-0061 |
| | ) |
| CHARLES T. CAPUTE, | ) |
| | ) |
| Defendant. | ) |

2003 JAN -6 P 2:42

## ORDER MODIFYING SCHEDULING ORDER

UPON CONSIDERATION of the Joint Motion to Modify Scheduling Order, it is this 5'7H day of January, 2003;

ORDERED, that the Joint Motion to Modify Scheduling Order be, and the same hereby is, GRANTED; and it is further,

ORDERED, that the following new deadlines shall govern this case:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re experts | February 7, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | February 21, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | February 28, 2003 |
| Discovery deadline; submission of status report | March 21, 2003 |
| Requests for Admission | March 28, 2003 |
| Dispositive pretrial motions deadline | April 24, 2003 |

_____
Judge, United States District Court
for the District of Maryland