```
          IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                              *
TIMOTHY E. AYERS,             *

     Plaintiff,               *

v.                            *    CIVIL ACTION NO: WDQ-02-61

CHARLES T. CAPUTE,            *

     Defendant.               *

*    *    *    *    *    *    *    *    *    *    *    *    *
                                                              *
```

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this __31st__ day of __March__, 2003,

**ORDERED,** that Plaintiffs Motion to Amend His Rule 26 Disclosures be, and hereby is, **DENIED**.

/s/
_____
William D. Quarles, Jr.
United States District Judge

-6-