LAW OFFICES
# MURPHY & SHAFFER
SUITE 1400

36 SOUTH CHARLES STREET

BALTIMORE, MARYLAND 21201-3109

ROBERT T. SHAFFER, III
RShaffer@murphyshaffer.com

May 14, 2003

TELEPHONE (410) 783-7000
FACSIMILE (410) 783-8823

The Honorable William Quarles
United States District Court for the
District of Maryland - Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

> RE: *Timothy E. Ayres v. Charles T. Capute, et al.*,
> <u>Civil Action No. WQ02CV0061</u>

Dear Judge Quarles:

We represent defendant Charles T. Capute in the referenced matter. Both parties anticipate filing motions for summary judgment in this case, which are currently due on May 20, 2003. As of today, I have not received certain discovery from plaintiff that has been outstanding for sometime. Plaintiff's counsel has informed me that his client is out of town. However, he expects to be able to send me the outstanding discovery "by early next week," around the time of the motions deadline. Under the circumstances, and subject to your approval, counsel for both parties have agreed that the motions deadline should be extended by two weeks to afford Mr. Capute an opportunity to review and possibly rely upon the outstanding discovery for his motion. The new deadline would be June 3, 2003, with responses due 14 days thereafter. We would ask that the Court approve this request.

Thank you for your consideration of these matters.

Respectfully submitted,

Robert T. Shaffer, III

cc: Kevin William Gibson, Esquire

Approved this ___ day of May, 2003

_____
Judge, United States District Court