IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY E. AYERS<br>P. O. Box 1210<br>Seaford, DE 19973 | : <br> : <br> : <br> : | NO. |
| Plaintiff | : <br> : | NON-ARBITRATION |
| vs. | : <br> : | JURY TRIAL DEMANDED |
| CHARLES T. CAPUTE, ESQUIRE<br>114 North West Street<br>Easton, MD 21601 | : <br> : <br> : <br> : | No. WDQ 02-CV-0061 |
| Defendant | : <br> : | CMAL Legal Malpractice |

### NOTICE OF FILING OF LENGTHY EXHIBITS

Plaintiff hereby gives Notice that in connection with his Summary Judgment Motion that was filed electronically on even date herewith, that on June 2, 2003 counsel for Plaintiff mailed to the clerk of the District Court and served on all counsel the Exhibits in support of said Motion.

GIBSON & PERKINS P.C.

BY: KEVIN WILLIAM GIBSON
Suite 105
200 East State Street
Media PA 19063
610.565.1708
kevingibson@gibperk.com