IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | |
|---|---|
| TIMOTHY E. AYERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. WDQ 02-CV-0061 |
| CHARLES T. CAPUTE, | ) |
| Defendant. | ) |

## NOTICE OF FILING OF LENGTHY EXHIBITS

The following exhibits, all of which are attachments to Memorandum in Support of Defendant's Motion for Summary Judgment, exist only in paper format and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

1. Deposition of Timothy Ayers (excerpts)

5. Financial statements of Timothy Ayers

7. Deposition of Honorable T. Henley Graves

9. Delaware Complaint in *Ayers v. Yori*, Case No. 01C-09-48 WCC and letter.

10. Defendants' Motion to Dismiss in *Ayers* v. *Yori*

21. Deposition of Lisa Wheatley Ayers (excerpts)

25. Verified Complaint for Injunctive Relief in *Ayers* v. *Ayers*

32. Deposition of Theresa M. Hayes (excerpts)

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

June 3, 2003                                                                       MURPHY & SHAFFER LLC


                                                                                   By:<u>/s/ *Robert T. Shaffer, III*   </u>
                                                                                        Robert T. Shaffer, III

                                                                                   36 S. Charles St., Suite 1400
                                                                                   Baltimore, Maryland 21201
                                                                                   (410) 783-7000
                                                                                   (410) 783-8823 (fax)

                                                                                   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that within 24 hours of this 3rd day of June, 2003, I will cause copies of the foregoing NOTICE OF FILING OF LENGTHY EXHIBITS with the attached exhibits to be sent by first-class, postage-prepaid mail to:

Kevin William Gibson, Esquire
Suite 105
200 East State Street
Media, Pennsylvania 19063

Gregg Schaff, Esquire
37 Greene Street, 2nd Floor
Cumberland, Maryland 21502-2926


/s/ *Robert T. Shaffer, III*
Robert T. Shaffer, III