**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
– Northern Division –

| | |
|---|---|
| TIMOTHY E. AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. WDQ 02-CV-0061 |
| ) | |
| CHARLES T. CAPUTE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Charles T. Capute, by his undersigned attorneys, hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The admissible facts of record establish that plaintiff's claims are barred by the statute of limitations; that defendant did not breach the standard of care; and that plaintiff did not incur compensable damages proximately caused by any wrongful conduct of the defendant.

Further grounds in support of this Motion are set forth in the accompanying Memorandum in Support.

## REQUEST FOR HEARING

Pursuant to Local Rule 105.6, defendant Charles T. Capute respectfully requests a hearing on the foregoing Motion for Summary Judgment.

June 3, 2003                                                                    MURPHY & SHAFFER LLC


                                                                                By:/s/ *Robert T. Shaffer, III*
                                                                                    Robert T. Shaffer, III

                                                                                36 S. Charles St., Suite 1400
                                                                                Baltimore, Maryland 21201
                                                                                (410) 783-7000
                                                                                (410) 783-8823 (fax)

                                                                                *Attorneys for Defendant*