**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
– Northern Division –

| | | |
|---|---|---|
| TIMOTHY E. AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. WDQ 02-CV-0061 |
| | ) | |
| CHARLES T. CAPUTE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## SECOND NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits 1 through 33 to the Memorandum in Support of Defendant's Motion for Summary Judgment exist only in paper format and if scanned collectively will be larger than 1.5 MB. Individually the documents appear to be too voluminous to be accepted for filing by the efiling system. Accordingly, all exhibits will be filed with the Clerk's Office in paper format and sent to counsel of record.

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

June 3, 2003                                                         MURPHY & SHAFFER LLC


By:<u>/s/ *Robert T. Shaffer, III*   </u>
    Robert T. Shaffer, III

36 S. Charles St., Suite 1400
Baltimore, Maryland 21201
(410) 783-7000
(410) 783-8823 (fax)

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that within 24 hours of this 3rd day of June, 2003, I will cause copies of the foregoing SECOND NOTICE OF FILING OF LENGTHY EXHIBITS with the attached exhibits to be sent by first-class, postage-prepaid mail to:

>Kevin William Gibson, Esquire
>Suite 105
>200 East State Street
>Media, Pennsylvania 19063

>/s/ *Robert T. Shaffer, III*
>Robert T. Shaffer, III