## IN THE UNITED STATES DISTRICT COURT OF MARYLAND

TIMOTHY E. AYERS
P. O. Box 1210
Seaford, DE 19973

NO.

Plaintiff

NON-ARBITRATION

vs.

JURY TRIAL DEMANDED

CHARLES T. CAPUTE, ESQUIRE
114 North West Street
Easton, MD 21601

No. WDQ 02-CV-0061

Defendant

CMAL Legal Malpractice

### ORDER

And now this 16th day of June 2003, it is hereby ORDERED and DECREED that the response date for the pending Cross Motions for Summary Judgment that were filed on June 3, 2003 is hereby extended until June 30, 2003. Any reply must be filed on or before July 30, 2003.

_6/16/3_

William D. Quarles, Jr.
United States District Judge