LAW OFFICES
MURPHY & SHAFFER
SUITE 1400
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3109

ROBERT T. SHAFFER, III                                            TELEPHONE (410) 783-7000
Rshafffer@murphyshaffer.com                                       FACSIMILE (410) 783-8823

July 25, 2003

The Honorable William D. Quarles, Jr.
United States District Court for the
District of Maryland - Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        **RE:** *Timothy E. Ayres v. Charles T. Capute, et al.*,
             **Civil Action No. WDQ02CV0061**

Dear Judge Quarles:

     We have received your letter of July 24, 2003 setting this matter for a Pretrial Conference on August 13, 2003, at 9:00 a.m. I am scheduled to argue another motion in the Circuit Court for Baltimore County, at 9:30 a.m. on the same date. The hearing in that matter has been specially set for more than a month. If at all possible, I would respectfully request that the Pretrial Conference in this case be scheduled for another date. If this is acceptable to the Court, I would be happy to coordinate through your chambers and other counsel a new date that is acceptable to everyone.

     Thank you for your consideration of this request.

                                                                     Respectfully submitted,

                                                                     /s/ *Robert T. Shaffer, III*
                                                                     Robert T. Shaffer, III

cc:    Kevin William Gibson, Esquire