# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

July 31, 2003

Gregg Schaaf, Esq.
37 Greene Street
Cumberland, MD 21502

Kevin W. Gibson, Esq.
GIBSON AND PERKINS
200 E State Street, Suite 105
Media, PA 19063

Robert T. Shaffer, III, Esq.
MURPHY AND SHAFFER
36 S. Charles Street, Suite 1400
Baltimore, MD 21201

   Re: Timothy E. Ayers v. Charles T. Capute
    Civil No. WDQ 02-61

Dear Counsel:

  This letter will confirm that the pretrial conference in this case has been rescheduled for Thursday, September 18, 2003 at 9:30 a.m. in my Chambers.

  Counsel will be held to strict compliance with Local Rule 106, as to submission and contents of the pretrial order. Requested *voir dire* and requested jury instructions are due from all parties at the pretrial conference. The Court would appreciate receiving the requested *voir dire* and jury instructions on diskette or CD, where available.

          Very truly yours,

          /s/

         William D. Quarles, Jr.
         United States District Judge