LAW OFFICES
MURPHY & SHAFFER
SUITE 1400
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3109

ROBERT T. SHAFFER, III                                                                                    TELEPHONE (410) 783-7000
Rshafffer@murphyshaffer.com                                                                       FACSIMILE (410) 783-8823

August 20, 2003

The Honorable William D. Quarles, Jr.
United States District Court for the
District of Maryland - Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        **RE:** *Timothy E. Ayres v. Charles T. Capute, et al.*,
             <u>**Civil Action No. WDQ02CV0061**</u>

Dear Judge Quarles:

      We have received a copy of Kevin Gibson, Esquire's letter to you dated August 19, 2003, requesting that this case be referred to Magistrate Judge Paul W. Grimm for settlement purposes. As I mentioned to Mr. Gibson, we are happy to participate in any mediation ordered by the Court, whether before Judge Grimm or any other magistrate judge whom the Court may select.

      In the event the Court refers the case to mediation, we would respectfully request that you consider postponing the pending pretrial conference on September 18, 2003, at 9:30 a.m., and suspending the parties' obligation to prepare and file the pretrial statement, exhibit lists, voir dire, and instructions until after the mediation. The preparation of such materials is often very time-consuming and both parties would prefer to avoid incurring any unnecessary expense, if possible.

      Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        <u>/s/ *Robert T. Shaffer, III*</u>
                                        Robert T. Shaffer, III

cc:     Kevin William Gibson, Esquire