GIBSON & PERKINS P.C.
ATTORNEYS AT LAW
SUITE 105
200 EAST STATE STREET
MEDIA, PA 19063
610.565.1708
610.565.4358 [FAX]
kevingibson@gibperk.com
www.gibperk.com

KEVIN WILLIAM GIBSON                                                          Admitted in PA & DE

September 10, 2003

Magistrate Beth P. Gesner
US District Court
101 West Lombard Street
Baltimore MD 21201

Re Ayers v Capute WDQ 02-0061

Dear Judge Gesner:

I am in receipt of your letter of September 9, 2003 setting a settlement conference in the above matter. The purpose of my letter is two fold. My appearance in this matter is pro hac vice. Unless I hear from you to the contrary I will assume my local counsel Mr. Schaaf need not attend. Mr. Shaaf would have to travel from Cumberland and his involvement in this case has been very limited.

The second reason for my letter is to ask if you would grant my request that a representative of Mr. Capute's malpractice insurance carrier be present as well. It has been my experience in representing plaintiffs in legal malpractice actions that the participation of a representative of the carrier at settlement/mediation goes along way in getting matters resolved.

Very truly yours

KEVIN WILLIAM GIBSON

Cc:   Robert T. Shaffer III, Esq.
      Gregg Schaaf, Esq.