LAW OFFICES
MURPHY & SHAFFER
SUITE 1400
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3109

ROBERT T. SHAFFER, III                                                                                                   TELEPHONE (410) 783-7000
Rshafffer@murphyshaffer.com                                                                                       FACSIMILE (410) 783-8823

October 14, 2003

The Honorable Beth P. Gesner
United States Magistrate Judge
United States District Court for the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        **RE:** *Timothy E. Ayers v. Charles T. Capute, et al.*,
             <u>Civil Action No. WDQ02CV0061</u>

Dear Judge Gesner:

    This letter will confirm that the mediation in this case has been rescheduled for November 12, 2003, at 9:30 a.m. Thank you very much for this accommodation.

                                            Respectfully submitted,

                                            */s/ Robert T. Shaffer, III*
                                            Robert T. Shaffer, III

cc: Kevin Gibson, Esquire