# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 18, 2003

TO COUNSEL OF RECORD

    Re: Ayers v. Capute
       Civil No. WDQ 02-61

Dear Counsel:

Please be advised that a telephone conference has been scheduled in this case for Tuesday, December 2, 2003 at 9:00 a.m. Plaintiff's counsel is asked to initiate the call.

Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

        Very truly yours,

        /s/

        William D. Quarles, Jr.
        United States District Judge