# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

December 2, 2003

TO COUNSEL OF RECORD

Re: <u>Ayers v. Capute, WDQ-02-61</u>

Dear Counsel

At the December 2, 2003 telephone conference, I set the following schedule. Pretrial statements are due August 13, 2004. The trial will begin on August 30, 2004 at 9:30 a.m. in the Garmatz Courthouse, Courtroom 3A.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge