IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY E. AYERS, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO.  L-02-61 |
| | : | |
| CHARLES T. CAPUTE, ESQUIRE, | : | |
| Defendant. | : | |

LINE NOTING CHANGE OF ADDRESSES

The clerk of the Court will please change the e-mail address of record for Gregg Schaaf from to mdlawyer@charter.net to schaafgregg@yahoo.com.

Respectfully submitted,

/s/
Gregg Schaaf
7 Washington Street
Cumberland, MD 21502
(301) 724-3360
Co-Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the aforegoing document was mailed postage pre-paid on this ___day of _____2004, to Kevin William Gibson, GIBSON & PERKINS, P.C., 200 East State Street, Suite 105, Media, PA 19062, Attorney for Plaintiff and Robert T. Shaffer, III, MURPHY & SHAFFER36 S. Charles Street, 14th Floor, Baltimore, MD 21201-3109, Attorney for Defendant.

Gregg Schaaf