LAW OFFICES
## MURPHY & SHAFFER LLC
SUITE 1400
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3109

ROBERT T. SHAFFER, III　　　　　　　　　　　　　　　　　　　　　TELEPHONE (410) 783-7000
RShaffer@murphyshaffer.com　　　　　　　　　　　　　　　　　　　FACSIMILE (410) 783-8823

July 22, 2004

The Honorable William D. Quarles, Jr.
United States District Judge
United States District Court for the
District of Maryland - Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

　　　　Re:　*Timothy E. Ayres v. Charles T. Capute, et al.*
　　　　　　**Civil Action Number: WQ02CV0061**

Dear Judge Quarles:

　　I am writing to advise you that the parties have reached an agreement to resolve the referenced case, which is presently set for trial before the Court on August 30, 2004. We anticipate submitting a stipulation of dismissal shortly.

　　Thank you for your attention.

Very truly yours,

*Robert T. Shaffer*
Robert T. Shaffer, III

RTS/clv

cc:　Kevin William Gibson, Esquire